# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY CABRERA,<br><br>　　　　　Petitioner,<br>　　vs.<br>W.L. MONTGOMERY, Warden<br>　　　　　Respondent. | Case No. SA CV 14-217 FMO (MRW)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: October 14, 2014　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　HON. FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE